# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| VIKKI COMARSH-WHITE, on behalf of herself and all others similarly situated. | Case No.: 8:24-cv-01707-KKM-SPF |
| Plaintiff, | |
| v. | |
| COASTAL ORTHOPEDICS & SPORTS MEDICINE OF SOUTHWEST FLORIDA, P.A., | |
| Defendant. | |

## NOTICE OF RELATED SETTLEMENT

Pursuant to Local Rule 3.09, Defendant Coastal Orthopedics & Sports Medicine of Southwest Florida, P.A. ("Defendant" or "Coastal Orthopedics") hereby respectfully submits this Notice of Settlement and informs the Court as follows:

1. As this Court is aware (Doc. No. 11), there is a related pending state Court action captioned *In re: Coastal Orthopedics & Sports Medicine of Southwest Florida Data Breach Litigation*, Case No. 2024–CA-001078AX currently pending in front of Judge Edward Nicholas in the Circuit Court for the Twelfth Judicial Circuit in and for Manatee County, Florida ("Related Case").

2. Plaintiffs and Defendant in the Related Case have reached a settlement in principle to resolve all claims in the Related Case, which would also

resolve all claims in this case. The settlement is contingent upon final approval of a class settlement in the Related Case.

3. Plaintiffs and Defendant in the Related Case are in the process of preparing and finalizing settlement documents and expect to file a motion for preliminary approval of the class action settlement by January 23, 2025.

DATED: December 17, 2024

Respectfully submitted,

*/s/ Yameel L. Mercado Robles*
Yameel L. Mercado Robles
FL Bar No. 1003897
Email: ymercadorobles@bakerlaw.com
BAKER & HOSTETLER LLP
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

*Attorney for Defendant Coastal Orthopedics & Sports Medicine of Southwest Florida, P.A.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2024, that a true and correct copy of the foregoing was filed with the Court utilizing the CM/ECF system which will furnish service copies by electronic transmission to counsel of record identified below.

Patrick A. Barthle
Morgan & Morgan, PA
One Tampa City Center, Suite 700
201 N. Franklin Street
Tampa, FL 33602-5157
Email: pbarthle@forthepeople.com

Ryan D. Maxey
Maxey Law Firm, P.A.
107 N. 11th Street #402
Tampa, FL 33602
Email: ryan@maxeyfirm.com

                                                */s/ Yameel L. Mercado Robles*
                                                Yameel L. Mercado Robles