# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| VIKKI COMARSH-WHITE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL ORTHOPEDICS & SPORTS MEDICINE OF SOUTHWEST FLORIDA, P.A.,<br><br>Defendant. | Case No.: 8:24-cv-1707-KKM-SPF<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT COASTAL ORTHOPEDICS & SPORTS MEDICINE OF SOUTHWEST FLORIDA, P.A.,** |

Plaintiff Vikki Comarsh-White, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses her claims against Coastal Orthopedics & Sports Medicine of Southwest Florida, P.A. without prejudice, with each party to bear its own attorney's fees and costs.

Date: December 29, 2024

Respectfully Submitted,

/s/     *Ryan D. Maxey*
Patrick A. Barthle
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Florida Bar No. 99286
pbarthle@ForThePeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 229-4023
Facsimile: (813) 222-4708

1

Ryan D. Maxey  
**MAXEY LAW FIRM, P.A.**  
107 N. 11th St. #402  
Tampa, Florida 33602  
Telephone: (813) 448-1125  
Email: ryan@maxeyfirm.com  

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2024, the foregoing document was filed with the Clerk by using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ *Ryan D. Maxey*
Ryan D. Maxey